## 38283. WILLIAMSON v. THE STATE.

FRANKUM, Judge. 1. The law prescribes that all applications for a new trial shall be filed within 30 days of the rendition of the verdict, together with the brief of the evidence. Code (Ann.) § 70-301. In *Toney* v. *Webb*, 76 *Ga. App.* 473 (46 S. E. 2d 355) the court said: "'. . . where a motion for a new trial is made in term and no brief of the evidence is filed, and no order of court is taken extending the time at which the brief of evidence may be filed, it is proper to dismiss the motion.' *Reed* v. *Warnock*, 146 *Ga.* 483 (1) (91 S. E. 545). And where, after the expiration of 30 days, neither a brief of the evidence has been filed nor an order taken authorizing the filing of one at a later time, the incomplete motion no longer legally pends and no subsequent order of the court can give it vitality. *Taliaferro* v. *Columbus R. Co.*, 130 *Ga.* 570, 572 (61 S. E. 228). See Code §§ 70-301, 70-302; *West* v. *Smith*, 90 *Ga.* 284 (15 S. E. 912); *Barnes* v. *Macon & Northern R. Co.*, 105 *Ga.* 495 (30 S. E. 883); *Pinnebad* v. *Pinnebad*, 129 *Ga.* 267 (1) (58 S. E. 879); *Verner* v. *Gann*, 144 *Ga.* 843 (88 S. E. 206), *Garraux* v. *Ross*, 150 *Ga.* 645 (104 S. E. 907); and *Albritton* v. *Tygart*, 9 *Ga. App.* 361 (71 S. E. 512)."

Under the holding of the *Toney* case the writ of error, upon the motion of the solicitor-general, must be dismissed.

2. The defendant attempted to combine an appeal in one bill of exceptions from the overruling of three separate motions for a new trial. There is no provision of law for such procedure. *Dickey* v. *State*, 101 *Ga.* 572 (28 S. E. 980) ; *Johnson* v. *Lock*, 35 *Ga. App.* 587 (134 S. E. 197) ; *Holtzendorf* v. *State*, 78 *Ga. App.* 801 (52 S. E. 2d 624) ; *Stephenson* v. *Futch*, 213 *Ga.* 247 (98 S. E. 2d 374) .

*Writ of error dismissed. Gardner, P. J., Townsend and Carlisle, JJ., concur.*

DECIDED MAY 20, 1960—REHEARING DENIED JUNE 2, 1960.

*Albert A. Roberts*, for plaintiff in error.

*Dewey Hayes, Solicitor-General*, contra.